PEOPLE *v.* DONALD HAYWOOD

CRIMINAL LAW — LARCENY — ATTEMPTED LARCENY FROM MOTOR
VEHICLE.

> Defendant's claim that larceny from a motor vehicle was a
> completed offense is not a ground for setting aside his con-
> viction of attempted larceny from a motor vehicle (MCLA
> §§ 750.92, 750.356a).

Appeal from Genesee, Anthony J. Mansour, J. Submitted Division 2 October 6, 1970, at Lansing. (Docket No. 8,578.)   Decided October 27, 1970.

Donald Haywood was convicted, on his plea of guilty, of attempted larceny from a motor vehicle. Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*William J. Hayes,* for defendant on appeal.

Before: LEVIN, P. J., and T. M. BURNS and J. E. HUGHES,* JJ.

---

* Circuit judge, sitting on the Court of Appeals by assignment.

---

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 110.

Per Curiam. The defendant was charged with the offense of attempted larceny from a motor vehicle (MCLA §§ 750.92, 750.356a [Stat Ann 1962 Rev § 28.287, Stat Ann 1954 Rev § 28.588(1)]) and was convicted upon his plea of guilty.

He claims that the record shows that the completed offense was committed. That is not a ground for setting aside his conviction. See *People* v. *Pickett* (1970), 21 Mich App 246; *People* v. *Collins* (1968), 380 Mich 131.

The trial judge conducted an exemplary examination of the defendant before accepting his plea of guilty.

Affirmed.